# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

| | |
|---|---|
| **Plaintiff**(s): Tucson Medical center | **Defendant**(s): AmerisourceBergen Drug Corporation ; The Purdue Frederick Company, Inc. ; Purdue Pharma, LP ; Purdue Pharma, Inc. ; Amneal Pharmaceuticals, Inc. ; Teva Pharmaceuticals USA, Inc. ; Cephalon, Inc. ; Johnson & Johnson ; Janssen Pharmaceuticals, Inc. ; Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc. ; Abbott Laboratories ; Abbott Laboratories, Inc. ; DepoMed, Inc. ; Endo Health Solutions, Inc. ; Endo Health Pharmaceuticals, Inc. ; Mallinckrodt, LLC ; Mallinckrodt, PLC ; Insys Therapeutics, Inc. ; Allergan PLC f/k/a Actavis PLS ; Watson Pharmaceuticals, Inc. n/k/a Actavis, Inc. ; Watson Laboratories, Inc. ; Actavis LLC ; Actavis Pharma, Inc. f/k/a Watson Pharma, Inc. ; Noramco, Inc. ; Anda, Inc. ; SpecGx, LLC ; H.D. Smith, LLC f/k/a H.D. Smith Wholesale Drug Co. ; Henry Schein, Inc. ; McKesson Corporation ; Cardinal Health, Inc. ; Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc. |
| County of Residence: Pima | County of Residence: Outside the State of Arizona |
| County Where Claim For Relief Arose: Pima | |
| Plaintiff's Atty(s): <br> **Steven C Mitchell** <br> MITCHELL & SPEIGHTS, LLC | Defendant's Atty(s): <br> **John J Kastner Jr** <br> JENNINGS, STROUSS & SALMON, PLC <br> 1760 E. River Road |

4854 E. Baseline Road, Suite 103  
Mesa, Arizona  85206

Tucson, Arizona  85718  
5206181053

**Mark S. Cheffo** ( The Purdue Frederick Company, Inc. ; Purdue Pharma, LP Purdue Pharma, Inc. )  
**DECHERT LLP**  
**Three Bryant Park 1095 Avenue of the Americas**  
**New York, New York  10036-6797**  
**(212) 698-3500**

**Hayden A. Coleman** ( The Purdue Frederick Company, Inc. ; Purdue Pharma, LP Purdue Pharma, Inc. )  
**DECHERT LLP**  
**Three Bryant Park 1095 Avenue of the Americas**  
**New York, New York  10036-6797**  
**(212) 698-3500**

**Jae Hong Lee** ( The Purdue Frederick Company, Inc. ; Purdue Pharma, LP Purdue Pharma, Inc. )  
**DECHERT LLP**  
**Three Bryant Park 1095 Avenue of the Americas**  
**New York, New York  10036**  
**(212) 698-3500**

**Paul J Cosgrove** ( Amneal Pharmaceuticals, Inc. )  
**ULMER & BERNE-CINCINNATI**  
**Ste. 2800, 600 Vine Street**  
**Cincinnati, Ohio  45202**  
**(513) 698-5034**

**Christina M. Vitale** ( Teva Pharmaceuticals USA, Inc. Cephalon, Inc. Watson Laboratories, Inc. Actavis LLC Actavis Pharma, Inc. f/k/a Watson Pharma, Inc. )  
**MORGAN, LEWIS & BOCKUS LLP**  
**1000 Louisiana St., #4000**  
**Houston, Texas  77002**  
**(713) 890-5764**

**James Collie IV** ( Teva Pharmaceuticals USA, Inc. Cephalon, Inc. Watson Laboratories, Inc. Actavis LLC Actavis Pharma, Inc. f/k/a Watson Pharma, Inc. )  
**MORGAN, LEWIS & BOCKIUS LLP**  
**600 Anton Blvd.**  
**Costa Mesa, California  92626**  
**(949) 399-7199**

**Steven A. Reed** ( Teva Pharmaceuticals USA, Inc. Cephalon, Inc. Watson Laboratories, Inc. Actavis LLC

Actavis Pharma, Inc. f/k/a Watson Pharma, Inc. **)**
**MORGAN, LEWIS & BOCKIUS, LLP**
**1701 Market Street**
**Philadelphia, Pennsylvania  19103**
**(215) 963-5000**

**Brian M. Ercole (** Teva Pharmaceuticals USA, Inc. Cephalon, Inc. Watson Laboratories, Inc. Actavis LLC Actavis Pharma, Inc. f/k/a Watson Pharma, Inc. **)**
**MORGAN, LEWIS & BOCKIUS LLP**
**200 S. Biscayne Blvd., Suite 5300**
**Miami, Florida  33131-2339**

**Charles Lifland (** Johnson & Johnson Janssen Pharmaceuticals, Inc. Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc. Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc. **)**
**O'MELVENY & MYERS, LLP**
**400 S. Hope Street**
**Los Angeles, California  90071**
**(213) 430-6000**

**John A. McCauley (** Abbott Laboratories Abbott Laboratories, Inc. **)**
**James K. O'Connor & Venable LLP**
**750 E. Pratt Street, Suite 900**
**Baltimore, Maryland  21202**
**(410) 244-7655**

**Kevin M Sadler (** DepoMed, Inc. **)**
**Baker Botts LLP**
**1001 Page Mill Road, Building One, Suite 200**
**Palo Alto, California  94304**
**(650) 739-7500**

**Scott D. Powers (** DepoMed, Inc. **)**
**Baker Botts LLP**
**98 San Jacinto Blvd., Suite 1500**
**Austin, Texas  78701**
**(512) 322-2678**

**John D. Lombardo (** Endo Health Solutions, Inc. Endo Health Pharmaceuticals, Inc. **)**
**ARNOLD & PORTER KAYE SCHOLER LLP**
**777 S. Figuera Street, 44th Floor**
**Los Angeles, California  90017**
**(213) 243-4000**

**Rocky C. Tsai** ( Mallinckrodt, LLC Mallinckrodt, PLC SpecGx, LLC )
**ROPES & GRAY LLP**
**Three Embarcadero Center**
**San Francisco, California  94111**
**(415) 315-6300**


**J. Matthew Donohue** ( Insys Therapeutics, Inc. )
**HOLLAND & KNIGHT LLP**
**2300 U.S. Bancorp Tower, 111 SW Fifth Avenue**
**Portland, Oregon  97204**
**(503) 243-2300**


**Joseph L Franco** ( Insys Therapeutics, Inc. )
**HOLLAND & KNIGHT LLP**
**2300 US Bancorp Tower 111 S. Fifth Avenue**
**Portland, Oregon  97204**
**(503) 243-2300**


**Daniel G. Jarcho** ( Noramco, Inc. )
**ALSTON & BIRD, LLP**
**950 F Street NW**
**Washington, DC  20004**
**(202) 239-3254**


**Cari K. Dawson** ( Noramco, Inc. )
**ALSTON & BIRD LLP**
**1201 West Peachtree Street NW**
**Atlanta, Georgia  30309**
**(404) 881-7000**


**Jenny A. Mendelsohn** ( Noramco, Inc. )
**ALSTON & BIRD LLP**
**1201 West Peachtree Street NW**
**Atlanta, Georgia  30309**
**(404) 881-7000**


**James W. Matthews** ( Anda, Inc. )
**ROLEY & LARDNER LLP**
**111 Huntington Avenue**
**Boston, Massachusetts  02199**
**(617) 342-4000**


**Kathy E Koski** ( Anda, Inc. )
**FOLEY & LARDNER, LLP**
**111 Huntington Avenue**
**Boston, Massachusetts  02199**
**(617) 342-4000**

**Redi Kasollja** ( Anda, Inc. )
**FOLEY & LARDNER, LLP**
**111 Huntington Avenue**
**Boston, Massachusetts  02199**
**(617) 342-4000**


**Kathleen L. Matsoukas** ( H.D. Smith, LLC f/k/a H.D. Smith Wholesale Drug Co. )
**BARNES & THORNBURG LLP**
**11 South Meridian Street**
**Indianapolis, Indiana  46204**
**(317) 231-7332**


**Oni N. Harton** ( H.D. Smith, LLC f/k/a H.D. Smith Wholesale Drug Co. )
**BARNES & THORNBURG LLP**
**11 South Meridian street**
**Indianapolis, Indiana  46204**
**(317) 231-7332**


**John P. McDonald** ( Henry Schein, Inc. )
**LOCKE LORD LLP**
**2200 Ross Avenue, Suite 2800**
**Dallas, Texas  75201**
**(214) 740-8000**


**C. Scott Jones** ( Henry Schein, Inc. )
**LOCKE LORD LLP**
**2200 Ross Avenue, Suite 2800**
**Dallas, Texas  75201**
**(214) 740-8000**


**Brandan J. Montminy** ( Henry Schein, Inc. )
**LOCKE LORD LLP**
**2200 Ross Avenue, Suite 2800**
**Dallas, Texas  75201**
**(214) 740-8000**


**Daniel J. O'Connor Jr.** ( McKesson Corporation )
**O'CONNOR & CAMPBELL, P.C.**
**7955 South Priest Drive**
**Tempe, Arizona  85284**
**(602) 241-7002**


**Karen Stillwell** ( McKesson Corporation )
**O'CONNOR & CAMPBELL, P.C.**
**7955 South Priest Drive**

Tempe, Arizona  85284
(602) 241-7002

**Enu Mainigi** ( Cardinal Health, Inc. )
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC  20005
(202) 434-5000

**F. Lane Heard III** ( Cardinal Health, Inc. )
WILLIAMS & CONNOLLY, LLP
725 Twelfth Street, NW
Washington, DC  20005
(202) 434-5000

**Steven M. Psyer** ( Cardinal Health, Inc. )
WILLIAMS & CONNOLLY LLP
725 Twelfth Street NW
Washington, DC  20005
(202) 434-5000

**Ashley W. Hardin** ( Cardinal Health, Inc. )
WILLIAMS & CONNOLLY LLP
725 Twelfth Street NW
Washington, DC  20005
(202) 434-5000

---

REMOVAL FROM PIMA COUNTY, CASE #C20184213

---

II. Basis of Jurisdiction:    3. Federal Question (U.S. not a party)

III. Citizenship of Principal
Parties **(Diversity Cases Only)**
                    Plaintiff:- **N/A**
                    Defendant:- **N/A**

IV. Origin :    **2. Removed From State Court**

V. Nature of Suit:    **890 Other Statutory Actions**

VI. Cause of Action:    **Negligence, Wanton Negligence, Negligence Per Se, Negligent Marketing, Negligent Distribution, Nuisance, Unjust Enrichment, Fraud and Deceit, Civil Conspiracy to Commit Fraud and Maintain a Nuisance, Fraudulent Concealment**

VII. Requested in Complaint
        Class Action: **No**
        Dollar Demand:
        Jury Demand: **Yes**

VIII. This case **is not related** to another case.

**Signature:** /s/John J. Kastner, Jr.

**Date:** 9/24/18

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

**Revised: 01/2014**