**MITCHELL & SPEIGHTS, LLC**
Steven C. Mitchell (AZ Bar No. 009775)
Samuel F. Mitchell
(*pro hac vice* to be submitted)
4854 E. Baseline Road, Suite 103
Mesa, AZ 85206
Tel: (602) 244-1520
Fax: (602) 267-9394
Steve@mitchellspeights.com
Sam@mitchellspeights.com

**Attorneys for Plaintiff Tucson Medical Center**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tucson Medical Center,<br><br>Plaintiff,<br><br>v.<br><br>Purdue Pharma L.P., *et al*.,<br><br>Defendants. | No. CV-18-481-TUC-RCC<br>**PLAINTIFF'S RESPONSE IN OPPOSITION TO EMERGENCY JOINT DEFENSE MOTION TO EXTEND DEADLINE TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |

Plaintiff, Tucson Medical Center, by and through undersigned counsel, hereby respond in opposition to Defendants' joint motion for an extension of time.

1.     The request for an extension of time is disingenuous for several reasons. First, as clearly evidenced by Tucson Medical Center's Emergency Motion to Remand and Emergency Response to Defendant's Improper Notice of Removal, this Court lacks subject matter jurisdiction. The issue of federal jurisdiction must be decided as a priority and on an expedited schedule. Plaintiff has presented sufficient basis for adopting an expedited briefing schedule on the Emergency Motion to Remand.

To rule on Defendants' motion now would defeat the purposes of Plaintiff's briefing on the jurisdictional issue as it automatically assumes that federal jurisdiction exist here. Therefore, this Court should reject this request and remand this matter to state court where there is proper jurisdiction and the Defendants have an extension until October 15, 2018.

2.     Second, and more importantly, this case, arising out of the opioid epidemic, is not an ordinary case. The opioid epidemic the of the lives of two (2) Arizonans a day. *See* Compl. ¶21. Between June 15, 2017 and the present, the Great State of Arizona has seen 11,548 opioid overdoses, 1,763 opioid deaths, and 986 *babies* born addicted to an opioid. Its emergency responders have had to administer naloxone (opioid-antagonist) 27,141 times to save the lives of Arizona citizens because of the opioid epidemic.[1] This is the opioid epidemic Defendants created.

3.     By extrapolation, during the requested extension, an additional 770 opioid overdose from opioids, 118 people will die because of opioids, and 66 *babies* will be born addicted to opioids. Tucson Medical Center and the State of Arizona will continue to expend millions of dollars battling the opioid epidemic.[2]

4.     Defendants' request is disingenuous. They are currently litigating in state courts[3]

---

[1] *See* Arizona Department of Health Services, Opioid Epidemic, *available at* https://www.azdhs.gov/prevention/womens-childrens-health/injury-prevention/opioid-prevention/index.php.

[2] In 2017 state of Arizona through Arizona's Healthcare Cost Containment System, to which Tucson Medical Center is a contributor, spent $236,316,548 dollars battling the opioid epidemic. *See* Arizona Opioid Epidemic Act, *available at* *https://azgovernor.gov/sites/default/files/opioidepidemicactweb_0.pdf*. Or $19,693,045 dollars a month, the same, or more, will be spent during the requested extension period.

[3] Cases brought by both state and municipal governments are currently pending in the state courts of: Alaska, Arizona, Arkansas, California, Delaware, Florida, Illinois, Kentucky, Maryland, Massachusetts, Missouri, Mississippi, Montana, New Hampshire, Louisiana, New Jersey, New Mexico, New York, Nevada, North Carolina, North Dakota, Oklahoma, Pennsylvania, Puerto Rico, Rhode Island, South Carolina, Tennessee, Texas, Utah, Virginia, and Washington.

across the country as well as in federal court, and have filed motions to dismiss in many cases. As such, Defendants' already know what they are going to say in responding to Plaintiff's Complaint and how they are going to say it. Given the gravity of this matter Defendants should not be permitted to stall Tucson Medical Center's case while they try to maneuver it into the MDL on the basis of specious Notices of Removal

5.     Tucson Medical Center respectfully requests that this Court deny Defendants' requested extension and require them answer for the death and despair they cause not only Tucson Medical Center and the citizens of Arizona to experience on a daily basis.

DATED this 27th day of September, 2018.          Respectfully Submitted,

/s/*Steven C. Mitchell*
Steven C. Mitchell (AZ Bar No. 009775)
Samuel F. Mitchell
(*pro hac vice* to be submitted)
**MITCHELL & SPEIGHTS,** LLC
4854 E. Baseline Road, Suite 103
Mesa, AZ 85206
Tel: (602) 244-1520
Fax: (602) 267-9394
steve@mitchellspeights.com
sam@mitchellspeights.com

Linda Singer
(*pro hac vice* to be submitted)
**MOTLEY RICE LLC**
401 9th Street NW
Suite 1001
Washington, DC 20004
Tel: (202) 386-9626
Fax: (202) 386-9622
lsinger@motleyrice.com

John W. ("Don") Barrett

3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

(*pro hac vice* to be submitted)
P.O. Box 927
404 Court Square North
Lexington, MS 39095
Tel: (662) 834-2488
Fax: (662) 834-2628
dbarrett@barrettlawgroup.com

## **CERTIFICATE OF SERVICE**

   I hereby certify that on this 27th day of September 2018, I caused the foregoing document to be filed with the Clerk of this Court via the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

/s/ *Steven C. Mitchell*_____

Steven C. Mitchell