**MITCHELL & SPEIGHTS, LLC**
Steven C. Mitchell (AZ Bar No. 009775)
Samuel F. Mitchell
(*pro hac vice* to be submitted)
4854 E. Baseline Road, Suite 103
Mesa, AZ 85206
Tel: (602) 244-1520
Fax: (602) 267-9394
Steve@mitchellspeights.com
Sam@mitchellspeights.com

**Attorneys for Plaintiff Tucson Medical Center**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tucson Medical Center,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Purdue Pharma L.P., *et al*.,<br><br>　　　　　Defendants. | No. CV-18-481-TUC-RCC<br><br>**PLAINTIFF'S OPPOSITION TO DEFENDANTS' EMERGENCY JOINT MOTION FOR CLARIFICATION REGARDING MOTION TO DISMISS BRIEFING SCHEDULE** |

Plaintiff, Tucson Medical Center, by and through undersigned counsel, respectfully request that this Court deny Defendants' instant motion for the same reasons it denied Defendants' First Motion and Request, [Doc. 24].

Tucson Medical Center stands behind – for purposes of this opposition – what it stated in opposition to Defendants' First Motion for Extension of Time [Doc. 21]. To the extent the Court believes additional briefing is appropriate, Tucson Medical Center will oblige any deadline this Court sets or if the Court deems a telephonic conference

necessary, Plaintiff's counsel will be available. However, for the reasons stated previously, an extension of time in this case is inappropriate. Therefore, this Court should expeditiously deny Defendants most recent attempt to delay justice.

DATED: September 28, 2018       Respectfully submitted,

/s/ *Steven C. Mitchell*
Steven C. Mitchell (AZ Bar No. 009775)
**MITCHELL & SPEIGHTS,** LLC
4854 E. Baseline Road, Suite 103
Mesa, AZ 85206
Tel: (602) 244-1520
Fax: (602) 267-9394
steve@mitchellspeights.com
sam@mitchellspeights.com

Linda Singer
(*pro hac vice* to be submitted)
**MOTLEY RICE LLC**
401 9th Street NW
Suite 1001
Washington, DC 20004
Tel: (202) 386-9626
Fax: (202) 386-9622
lsinger@motleyrice.com

John W. ("Don") Barrett
(*pro hac vice* to be submitted)
P.O. Box 927
404 Court Square North
Lexington, MS 39095
Tel: (662) 834-2488
Fax: (662) 834-2628
dbarrett@barrettlawgroup.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of September 2018, I caused the foregoing document to be filed with the Clerk of this Court via the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

/s/ *Steven C. Mitchell*

Steven C. Mitchell