**MITCHELL & SPEIGHTS, LLC**
Steven C. Mitchell (AZ Bar No. 009775)
Samuel F. Mitchell
(*pro hac vice* to be submitted)
4854 E. Baseline Road, Suite 103
Mesa, AZ 85206
Tel: (602) 244-1520
Fax: (602) 267-9394
steve@mitchellspeights.com
sam@mitchellspeights.com

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| TUCSON MEDICAL CENTER,<br><br>Plaintiff,<br><br>v.<br><br>PURDUE PHARMA L.P., *et al.*,<br><br>Defendants. | No. CV-18-481-TUC-RCC<br><br>**PLAINTIFF'S NOTICE OF DISCLAIMER AND WAIVER OF CLAIMS AND RIGHTS TO RECOVERY AGAINST DEFENDANT MCKESSON** |

Tucson Medical Center ("TMC") expressly disclaims and waives any and all right to recovery, whether financial, injunctive, or equitable, relating to or arising out of McKesson Corporation's ("McKesson") distribution of opioid-painkillers pursuant to McKesson's Pharmaceutical Prime Vendor Contract ("PPV Contract") with the United States Department of Veteran Affairs. TMC further commits that it will not, in any forum, rely on or raise McKesson's PPV Contract in connection with its allegations and/or prosecution in this matter.

The foregoing waiver is submitted not only to waive and disclaim any right to relief or recovery against McKesson in conjunction with its distribution under the PPV Contact, it is also made in out of an abundance of caution to ensure this Court and

McKesson fully and unequivocally understand TMC's intent and, nothing herein shall be construed as a waiver to TMC's previously lodged objections to the Court's subject matter jurisdiction, under 28 U.S.C. § 1442(a)(1) or otherwise.

DATED: October 3, 2018            Respectfully submitted,

/s/ *Steven C. Mitchell*
Steven C. Mitchell (AZ Bar No. 009775)
**MITCHELL & SPEIGHTS,** LLC
4854 E. Baseline Road, Suite 103
Mesa, AZ 85206
Tel: (602) 244-1520
Fax: (602) 267-9394
steve@mitchellspeights.com
sam@mitchellspeights.com

Linda Singer
(*pro hac vice* to be submitted)
**MOTLEY RICE LLC**
401 9th Street NW
Suite 1001
Washington, DC 20004
Tel: (202) 386-9626
Fax: (202) 386-9622
lsinger@motleyrice.com

John W. ("Don") Barrett
P.O. Box 927
404 Court Square North
Lexington, MS 39095
Tel: (662) 834-2488
Fax: (662) 834-2628
dbarrett@barrettlawgroup.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of October 2018, I caused the foregoing document to be filed with the Clerk of this Court via the CM/ECF system, which will

send a Notice of Electronic Filing to all counsel of record.

                                                       /s/ *Steven C. Mitchell*_____

                                                       Steven C. Mitchell